**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

UTSHAB BARUA,

    PLAINTIFF,

v.                                                                          CASE NO.:  23-2358

RODERICK STITT, et al.

    DEFENDANT.

_____

## NOTICE OF REMOVAL

    Defendant, Roderick Stitt, by and through his attorney, Laura M. Gaba, pursuant to Fed. R. Civ. Proc. 81(c) and 28 U.S.C. §1441, et seq., files this Notice of Removal from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia, and in support thereof, states as follows:

    1.    This matter arises out from a collision between vehicles driven by Plaintiff Utshab Barua and Defendant James Stitt.  The incident occurred on or about July 23, 2020, at or near the 4100 block of Massachusetts Avenue in the District of Columbia.

    2.    On June 29, 2023, Plaintiff Utshab Barua filed suit against the Defendants in the Superior Court for the District of Columbia for amounts in excess of $75,000.00.  *Attached hereto as Exhibit A is a copy of the Complaint.*

    3.    Upon information and belief, at all times relevant hereto, Plaintiff has resided in the State of Virginia, where they continue to reside.

    4.    Defendant Roderick Stitt is a resident of the State of Rhode Island.

    5.    Defendant James Stitt is a resident of the District of Columbia.

    6.    In light of the forgoing, this Court has jurisdiction pursuant to 28 U.S.C. §1332. There is a true diversity of citizenship, and the amount in controversy exceeds $75,000.00

exclusive of interest and costs.  See also Krier-Hawthorne v. Beam, 728 F.2d 658.  (C.A.4 Va 1984); Messer v. American Gems, Inc., 612 F.2d 1367 (C.A.4 NC 1980); Vaughan v. Southern Ry. Co., 542 F.2d 641 (C.A.4 N.C. 1976).

7. Pursuant to 28 U.S.C. § 1446(s), filed herewith are copies of all process and pleadings served by and upon Defendant in this action.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of the filing of this Notice of Removal to Plaintiffs.  A copy of the Notice to Plaintiffs of Removal to Federal Court is attached hereto as Exhibit B.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant has filed a Notice of Removal with the to the Superior Court for The District of Columbia.  A copy of this Notice is also attached hereto as Exhibit C.

10. Defendant petitions for removal of this action to this Court pursuant to 28 U.S.C. § 1441(a) and §1332 (a), and requests a waiver of any bond requirements

WHEREFORE, Defendant respectfully requests that this action be removed to the United States District Court for the District of Columbia and that the action currently pending in the Superior Court for The District of Columbia be stayed.

/s/ Laura M. Gaba
Laura M. Gaba, Esquire
AIS# 0512140052
1302 Concourse Dr, Ste. 300
Linthicum Heights, MD 21090
(443) 883-4519
GabaL1@nationwide.com
*Counsel for Defendant, Roderick Stitt*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023 a copy of the foregoing was e-served and emailed to:

Stuart Lipshutz, Esquire
Blank, Moorstein & Lipshutz, LLP
111 Rockville Pike
Suite 400
Rockville, MD 20850
Slipshutz@bml-law.com
*Counsel for Plaintiff, Utshab Barua*

/s/ Laura M. Gaba
Laura M. Gaba, Esquire