**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

UTSHAB BARUA,

    PLAINTIFF,

v.                                  CASE NO.:  23-2358

RODERICK STITT, et al.

    DEFENDANT.

---

## LINE OF PARTIAL DISMISSAL

Clerk:

    Please enter all claims, including all Cross-Claims, Counter-Claims, and Third Party Claims, as voluntarily dismissed **as to Defendant Roderick Stitt only**.

    The claims of Plaintiffs against Defendant James Stitt shall remain open.

                              /s/ Stuart Lipshutz
                              Stuart Lipshutz, Esquire
                              Blank, Moorstein & Lipshutz, LLP
                              111 Rockville Pike
                              Suite 400
                              Rockville, MD 20850
                              *Counsel for Plaintiff*

                              /s/ Laura M. Gaba
                              Laura M. Gaba, Esquire
                              AIS# 0512140052
                              1302 Concourse Dr, Ste. 300
                              Linthicum Heights, MD 21090
                              (443) 883-4519
                              GabaL1@nationwide.com
                              *Counsel for Defendant, Roderick Stitt*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2023 a copy of the foregoing was e-served to:

Stuart Lipshutz, Esquire
Blank, Moorstein & Lipshutz, LLP
111 Rockville Pike
Suite 400
Rockville, MD 20850
Slipshutz@bml-law.com
*Counsel for Plaintiff, Utshab Barua*

                                                      /s/ Laura M. Gaba
                                                    Laura M. Gaba, Esquire